Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Kevin A. Tate
Litigation Resource Counsel
Assistant Federal Public Defender
Nevada State Bar No. 8687
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kevin_Tate@fd.org

*Attorney for Petitioner Ernesto De Jesus Larios Elisea

# United States District Court
# District of Nevada

Ernesto DeJesus Larios Elisea

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-03319-RFB-DJA

**Motion for Extension of Time to File Amended Petition**

**(FIRST REQUEST)**

## Points and Authorities

Petitioner Ernesto DeJesus Larios Elisea filed his *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on **October 8, 2026.**[1] This Court appointed the Federal Public Defender's Office on **October 13, 2026.**[2] Undersigned counsel entered his appearance on **October 23, 2026,** successor counsel.[3] Mr. Larios Elisea's amended petition is due today on **November 6, 2026.**

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 9.

Undesigned Counsel needs additional time to review recently received discovery, conduct legal research and investigate the facts and circumstances related to Mr. Larios Elisea's *pro se* § 2241 petition.

Undersigned counsel on behalf of Mr. Larios Elisea, respectfully requests an extension of 14 days to file the amended petition and asks that the deadline to file be extended from November 6, 2026, to **November 20, 2026**.

Dated November 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kevin A. Tate*
Kevin A. Tate
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: November 9, 2026